Jeffrey R. Menard, Esq. SBN 248508
350 Tenth Ave.
STE 1000
San Diego, CA 92101
Telephone: (858) 869-9529

Attorney for Plaintiff,
KAILYN FLOWERS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| KAILYN FLOWERS,<br><br>        PLAINTIFF,<br><br>v.<br><br>JP MORGAN CHASE BANK and DOES 1-100<br><br>        DEFENDANTS. | Case No.: 12-cv-2755-CAB-WMc<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. Cathy Ann Bencivengo |

///

///

///

///

///

///

///

///

Pursuant to Federal Rule of Civil Procedure 41(a), the parties respectfully move the Court for an order dismissing the above-captioned matter in its entirety with prejudice.  Each party shall bear its/her own costs and attorneys' fees.

Dated: 6/18/2013                                            Law Office of Jeffery R. Menard


By:     /s/Jeffery R. Menard_____

Jeffery R. Menard, attorney for PLAINTIFF


Dated: 6/18/2013                                            STROOCK & STROOCK & LAVAN LLP
                                                            JULIA B. STRICKLAND
                                                            LISA M. SIMONETTI
                                                            CATHERINE HUANG


By: /s/ Lisa M. Simonetti
Attorneys for Defendant, CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK