# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| KAILYN FLOWERS,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>JP MORGAN CHASE BANK and DOES 1-100<br><br>　　　　DEFENDANTS. | Case No.: 12-cv-2755-CAB-WMc<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 12] |

　　　　Pending before the Court is the parties' Joint Motion to Dismiss Action With Prejudice under Federal Rule of Civil Procedure 41(a). Having reviewed the Joint Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Motion is GRANTED [Doc. No. 12], and this action is hereby dismissed WITH PREJUDICE. Each party shall bear its/her own costs and attorneys' fees.

　　　　IT IS SO ORDERED.

DATED: June 28, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　United States District Judge

1